09-50008

Please dismiss us Immidiately from our chapter 13. And please fax that to my employer so that my wages stop today. payroll goes in tomorrow thank you

Jeff Stanley
Wendy Stanley

09-50008.

hand delivered
RECEIVED
MAR 02 2011
WINSTON-SALEM
CHAPTER 13 OFFICE