C-13-23a(FTP)
(Rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **DISMISSAL ORDER** |
| | ) | **CHAPTER 13** |
| JEFFREY MICHAEL STANLEY | ) | |
| WENDY MICHELLE STANLEY, | ) | No: 09-50008 C-13W |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

For sufficient reasons appearing and after notice as required by law; it is

ORDERED that the case is dismissed after confirmation upon written request of the debtors; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice with the balance of the funds to be disbursed pursuant to the confirmed plan.

PARTIES TO BE SERVED
PAGE 1 OF 1
09-50008 C-13W

JEFFREY MICHAEL STANLEY
WENDY STANLEY
105 HASTY HILL RD
THOMASVILLE, NC 27360

JAMES L TENNANT
10821 NORTH MAIN STREET
P O BOX 4585
ARCHDALE, NC 27263

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC 27102-2115