(9/1/2009)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

In re:
    JEFFREY MICHAEL STANLEY
    WENDY MICHELLE STANLEY
          Debtor(s)
SSN(1) XXX-XX-5472  SSN(2) XXX-XX-9017

Case No. 09-50008
Judge Thomas W. Waldrep Jr.

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathryn L. Bringle, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/05/2009.

2) The plan was confirmed on 04/09/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/03/2011.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

| | | Receipts: | | | | |
|---|---|---|---|---|---|---|

**Receipts:**

    Total paid by or on behalf of the debtor      $29,399.29
    Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$29,399.29**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $2,808.00
    Court Costs      $0.00
    Trustee Expenses & Compensation      $1,770.62
    Other      $32.00

**TOTAL EXPENSES OF ADMINISTRATION:**      **$4,610.62**

Attorney fees paid and disclosed by debtor:      $192.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLERGY & ASTHMA CENTER | Unsecured | 55.00 | 55.00 | NA | 0.00 | 0.00 |
| BRANCH BANKING & TRUST COMPA | Unsecured | 12,766.25 | 12,766.25 | 12,766.25 | 0.00 | 0.00 |
| BRANCH BANKING & TRUST COMPA | Unsecured | 720.59 | 724.09 | 724.09 | 0.00 | 0.00 |
| CAROLINA HEALTH SPECIALIST | Unsecured | 12.60 | 12.60 | NA | 0.00 | 0.00 |
| CAROLINA RADIOLOGY | Unsecured | 19.00 | 19.00 | NA | 0.00 | 0.00 |
| CHAIR CITY FAMILY PRACTICE/ | Unsecured | 1,046.00 | 872.00 | 872.00 | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 5,000.00 | 5,000.00 | NA | 0.00 | 0.00 |
| CORNERSTONE | Unsecured | 30.00 | 30.00 | NA | 0.00 | 0.00 |
| CREDIT CONSULTANTS OF CENTRAL | Unsecured | 161.00 | 161.00 | NA | 0.00 | 0.00 |
| DAVIDSON COUNTY TAX COLLECTO | Priority | NA | 9.73 | 9.73 | 0.00 | 0.00 |
| DAVIDSON RADIOLOGY | Unsecured | 32.65 | 32.65 | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP ASSIGNE | Unsecured | 1,149.00 | 1,172.64 | 1,172.64 | 0.00 | 0.00 |
| EMERGENCY PHYSICIANS GROUP | Unsecured | NA | 98.00 | 98.00 | 0.00 | 0.00 |
| FAMILY MEDICINE ASSOC THOMASV | Unsecured | 75.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Unsecured | 10,000.00 | 8,688.31 | 8,688.31 | 0.00 | 0.00 |
| FORSYTH MEDICAL GROUP | Unsecured | 262.00 | 262.00 | NA | 0.00 | 0.00 |
| GRAND STRAND MED CTR | Unsecured | 145.57 | 145.57 | 145.57 | 0.00 | 0.00 |
| HIGH POINT FOOT CENTER | Unsecured | 177.00 | 177.00 | NA | 0.00 | 0.00 |
| HIGH POINT REGIONAL HOSPITAL | Unsecured | 4,000.00 | 4,000.00 | NA | 0.00 | 0.00 |
| HOUSEHOLD REALTY CORPORATION | Secured | NA | 1,794.28 | 1,794.28 | 326.77 | 0.00 |
| HOUSEHOLD REALTY CORPORATION | Secured | 27,103.00 | 32,045.44 | 0.00 | 8,139.07 | 0.00 |
| JOHNSON NEUROLOGICAL CLINIC | Unsecured | 22.65 | 113.25 | 113.25 | 0.00 | 0.00 |
| KENT ORAL & MAXILLOFACIAL SUR | Unsecured | 105.60 | 105.60 | NA | 0.00 | 0.00 |
| MARSH ASSOCIATES INC | Secured | 70,000.00 | 80,530.25 | 0.00 | 14,472.28 | 0.00 |
| MARSH ASSOCIATES INC | Secured | NA | 9,700.39 | 9,700.39 | 1,766.55 | 0.00 |
| NOVANT HEALTH | Unsecured | 2,133.89 | 1,661.09 | 1,661.09 | 0.00 | 0.00 |
| NOVANT HEALTH | Unsecured | 2,942.95 | 2,942.95 | NA | 0.00 | 0.00 |
| REGISTER OF DEEDS | Priority | NA | 14.00 | 28.00 | 28.00 | 0.00 |
| REGISTER OF DEEDS | Priority | NA | 28.00 | 56.00 | 56.00 | 0.00 |
| SOUTHGATE VETRINARY HOSPITAL | Unsecured | 180.07 | 180.07 | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| THOMASVILLE MEDICAL | Unsecured | 406.00 | 406.00 | NA | 0.00 | 0.00 |
| THOMASVILLE MEDICAL | Unsecured | 360.00 | 360.00 | NA | 0.00 | 0.00 |
| THOMASVILLE MEDICAL ASSOCIATE | Unsecured | 284.80 | 281.00 | 281.00 | 0.00 | 0.00 |
| THOMASVILLE MEDICAL CENTER | Unsecured | 406.00 | 1,845.00 | 1,845.00 | 0.00 | 0.00 |
| THOMASVILLE PEDIATRICS | Unsecured | 20.00 | 20.00 | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 88.00 | 88.67 | 88.67 | 0.00 | 0.00 |
| WARR DENTAL ASSOCIATES | Unsecured | 275.00 | 275.00 | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NC INC | Unsecured | 1,154.75 | 1,716.44 | 1,716.44 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $22,611.35 | $0.00 |
| Mortgage Arrearage | $11,494.67 | $2,093.32 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,494.67** | **$24,704.67** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $93.73 | $84.00 | $0.00 |
| **TOTAL PRIORITY:** | **$93.73** | **$84.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$30,272.31** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,610.62 |
| Disbursements to Creditors | $24,788.67 |
| **TOTAL DISBURSEMENTS:** | **$29,399.29** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/12/2011            By: /s/ Kathryn L. Bringle
Trustee

xc  JEFFREY MICHAEL STANLEY
    WENDY MICHELLE STANLEY
    U.S. BANKRUPTCY ADMIN
    JAMES L TENNANT
    10821 NORTH MAIN STREET
    P O BOX 4585
    ARCHDALE, NC 27263

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.