UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
JEFFREY MICHAEL STANLEY               CASE NO. 09-50008 C-13W
WENDY MICHELLE STANLEY                JUDGE THOMAS W. WALDREP JR.
105 HASTY HILL RD
THOMASVILLE, NC  27360
a/k/a WENDY W STANLEY
        Debtors

SSN(1) XXX-XX-5472          SSN(2) XXX-XX-9017          DATE: 05/12/2011

### NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

This Chapter 13 Debtor(s) was dismissed by Order entered March 03, 2011.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.

ATTORNEY FOR THE DEBTOR(S):          TRUSTEE:
JAMES L TENNANT                      KATHRYN L. BRINGLE
10821 NORTH MAIN STREET              P O BOX 2115
P O BOX 4585                         WINSTON-SALEM, NC  27102-2115
ARCHDALE, NC  27263

                                     DATED: May 12, 2011
ADDRESSEE:                           FOR THE COURT:
REID WILCOX                          REID WILCOX
CLERK, U.S. BANKRUPTCY COURT         CLERK, U.S. BANKRUPTCY COURT
WINSTON-SALEM, NC  27101             WINSTON-SALEM, NC  27101

JEFFREY MICHAEL STANLEY  Case No. 09-50008 C-13W
WENDY MICHELLE STANLEY

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE

I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

| | |
|---|---|
| JEFFREY MICHAEL STANLEY<br>WENDY MICHELLE STANLEY<br>105 HASTY HILL RD<br>THOMASVILLE, NC  27360 | REID WILCOX<br>CLERK, U.S. BANKRUPTCY COURT<br>WINSTON-SALEM, NC  27101 |
| JAMES L TENNANT<br>10821 NORTH MAIN STREET<br>P O BOX 4585<br>ARCHDALE, NC  27263 | ALLERGY & ASTHMA CENTER<br>100 WESTWOOD AVENUE<br>HIGH POINT, NC  27262 |
| BB&T<br>P O BOX 819<br>WILSON, NC  27894 | BRANCH BANKING & TRUST COMPANY<br>BANKRUPTCY SECT 100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 |
| CAPITAL ONE<br>P O BOX 30281<br>SALT LAKE CITY, UT  84130-0281 | CAROLINA HEALTH SPECIALIST<br>4615 OLEANDER DRIVE<br>MYRTLE BEACH, SC  29577 |
| CAROLINA RADIOLOGY<br>P O BOX 51030<br>MYRTLE BEACH, SC  29579 | CHAIR CITY FAMILY PRACTICE<br>% MARC INC<br>13730 S POINT BLVD<br>CHARLOTTE, NC  28273 |
| CHAIR CITY FAMILY PRACTICE/<br>MEDZONE%NOVANT MED GRP-FORSYTH<br>2000 FRONTIS PLAZA BLVD STE300<br>WINSTON SALEM, NC  27103 | CITIFINANCIAL<br>2620 S MAIN STREET STE 135<br>HIGH POINT, NC  27263 |
| CORNERSTONE<br>P O BOX 37943<br>CHARLOTTE, NC  28237 | CREDIT BUREAU<br>P O BOX 26140<br>GREENSBORO, NC  27402 |
| CREDIT CONSULTANTS OF CENTRAL<br>CAROLINA<br>P O BOX 14008<br>ARCHDALE, NC  27263-4008 | |

# NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
# CERTIFICATE OF SERVICE
# (CONTINUED)

CREDIT PROCTECTION
13355 NOEL RD
DALLAS, TX  75240-6602

DAVIDSON COUNTY CLERK OF
SUPERIOR COURT
P O BOX 1064
LEXINGTON, NC  27293-1064

DAVIDSON COUNTY TAX COLLECTOR
P O BOX 1577
LEXINGTON, NC  27293-1577

DAVIDSON COUNTY TAX DEPT
P O BOX 1577
LEXINGTON, NC  27293-1577

DAVIDSON RADIOLOGY
P O BOX 1630
THOMASVILLE, NC  27361

ECAST SETTLEMENT CORP ASSIGNEE
CAPITAL ONE BANK
P O BOX 35480
NEWARK, NJ  07193-5480

EMERGENCY PHYSICIANS GROUP
%FRANKLIN COLLECTION
2978 W JACKSON ST
TUPELO, MS  38801-6731

EMPLOYMENT SECURITY COMMISSION
P O BOX 26504
RALEIGH, NC  27611-6504

FAMILY MEDICINE ASSOC THOMASVI
%NOVANT MEDICAL GROUP-FORSYTH
2000 FRONTIS PLAZA BLVD STE300
WINSTON SALEM, NC  27103

FORD CREDIT
P O BOX 105697
ATLANTA, GA  30348-5697

FORD MOTOR CREDIT COMPANY LLC
DRAWER 55-953
P O BOX 55000
DETROIT, MI  48255-0953

FORD MOTOR CREDIT COMPANY LLC
P O BOX 537901
LIVONIA, MI  48153-9905

FORSYTH MEDICAL GROUP
2000 FRONTIS PLAZA BLVD
SUITE 300
WINSTON SALEM, NC  27103

FRANKLIN COLLECTION
2978 W JACKSON ST
TUPELO, MS  38801-6731

GRAND STRAND MED CTR
%CREDITORS BANKRUPTCY SERVICE
P O BOX 740933
DALLAS, TX  75374

# NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
# CERTIFICATE OF SERVICE
# (CONTINUED)

GRAND STRAND REGIONAL
P O BOX 402724
ATLANTA, GA  30384

HFC
P O BOX 17574
BALTIMORE, MD  21297

HIGH POINT FOOT CENTER
% INTERSTATE CREDIT COLLECTION
711 COLISEUM PLAZA CT
WINSTON-SALEM, NC  27106

HIGH POINT REGIONAL HOSPITAL
P O BOX 2680
HIGH POINT, NC  27261

HOUSEHOLD REALTY CORPORATION
961 WEIGEL DRIVE
ELMHURST, IL  60126

HOUSEHOLD REALTY CORPORATION
BENEFICIAL/ATTN:PMT PROCESSING
1301 EAST TOWER ROAD
SCHAUMBURG, IL  60173

INTERNAL REVENUE SERVICE
320 FEDERAL PLACE ROOM 335
GREENSBORO, NC  27401

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA  19101-7346

JOHNSON NEUROLOGICAL CLINIC
606 N ELM ST
HIGH POINT, NC  27262

JOHNSON NEUROLOGICAL CLINIC
606 NORTH ELM ST
HIGH POINT, NC  27262-4332

KENT ORAL & MAXILLOFACIAL SURG
801 PHILLIPS AVE STE 101
HIGH POINT, NC  27262

MARSH ASSOCIATES INC
P O BOX 35329
CHARLOTTE, NC  28235

MARSH ASSOCIATES
P O BOX 35329
CHARLOTTE, NC  28235

NC DEPT OF REVENUE
P O BOX 25000
RALEIGH, NC  27640-0100

NOVANT HEALTH
215 EXECUTIVE PARK BLVD
WINSTON-SALEM, NC  27103

NOVANT HEALTH
THOMASVILLE MEDICAL CENTER
P O BOX 11549
WINSTON SALEM, NC  27116

SOUTHGATE VETRINARY HOSPITAL
102 CLONGIER DR
THOMASVILLE, NC  27360

JEFFREY MICHAEL STANLEY　　　　　　　　　　　　　　　　　　　　　Case No. 09-50008 C-13W
WENDY MICHELLE STANLEY

**NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
CERTIFICATE OF SERVICE
(CONTINUED)**

STERN & ASSOCIATES
415 N EDGEWORTH ST STE 21D
GREENSBORO, NC  27401

THOMASVILLE MEDICAL ASSOCIATES
%NOVANT MEDICAL GROUP/FORSYTH
2000 FRONTIS PLAZA/STE#300
WINSTON SALEM, NC  27103

THOMASVILLE MEDICAL CENTER
% RMB
409 BEARDEN PARK CIRCLE
KNOXVILLE, TN  37919

THOMASVILLE MEDICAL CENTER
P O BOX 11549
WINSTON-SALEM, NC  27116-1549

THOMASVILLE MEDICAL
% MEDICAL DATA SYSTEM
1374 S BABCOCK ST
MELBOURNE, FL  32901

THOMASVILLE MEDICAL
% MEDICAL DATA
1374 S BADCOCK ST
MELBOURNE, FL  32901

THOMASVILLE MEDICAL
% RMB INC
409 BEARDEN PARK CIR

THOMASVILLE MEDICAL
% RMB INC
409 BEARDEN PARK CIR
KNOXVILLE, TN  37919

THOMASVILLE MEDICAL
P O BOX 1940
MELBOURNE, FL  32902

THOMASVILLE PEDIATRICS
% INTERSTATE CREDIT COLL
711 COLISEUM PLAZA CT
WINSTON-SALEM, NC  27106

TIME WARNER CABLE
P O BOX 35867
GREENSBORO, NC  27425

TIME WARNER CABLE
P O BOX 35867
GREENSBORO, NC  27425-5867

WARR DENTAL ASSOCIATES
1008 HUTTON LN
HIGH POINT, NC  27262

WELLS FARGO FINANCIAL NC INC
4137 121ST STREET
URBANDALE, IA  50323

WELLS FARGO
1231 EASTCHESTER DR STE 101
HIGH POINT, NC  27265

WELLS JENKINS LUCAS & JENKINS
155 SUNNYNOLL COURT SUITE 200
WINSTON-SALEM, NC  27106

JEFFREY MICHAEL STANLEY  Case No. 09-50008 C-13W
WENDY MICHELLE STANLEY

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

Date:  May 12, 2011                    /s/  Donna Cooley
                                       Chapter 13 Office
                                       Middle District of North Carolina, North Carolina

PAGE 5 OF 5

Case 09-50008   Doc 30   Filed 05/12/11   Page 6 of 6