Form 211

# UNITED STATES BANKRUPTCY COURT
## Middle District of North Carolina
### 226 S. Liberty Street
### Winston−Salem, NC 27101

Bankruptcy Case No.:  09−50008

IN THE MATTER OF:
Jeffrey Michael Stanley          xxx−xx−5472
Wendy Michelle Stanley          xxx−xx−9017
aka Wendy W Stanley
105 Hasty Hill Rd
Thomasville, NC 27360

    Debtor(s)

## FINAL DECREE

  **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

  **ORDERED** that Kathryn L. Bringle , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

  **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 6/22/11

_Thomas W. Waldrep, Jr._
    Thomas W. Waldrep, Jr.
    United States Bankruptcy Judge