IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE: ) | |
| JEFFREY MICHAEL STANLEY ) | Case No. 09-50008 |
| SSN: XXX-XX-5472 ) | |
| WENDY MICHELLE STANLEY AKA ) | (Chapter 13) |
| WENDY W. STANLEY ) | |
| SSN: XXX-XX-9017 ) | |
| DEBTORS ) | |

### *EX PARTE* MOTION TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM

**COMES NOW** Household Realty Corporation, (herein "HRC"), and hereby moves the Court as follows:

1. HRC filed a Proof of Claim on January 14, 2009, docketed as Court Claim No. 5-1 in the amount of $32,045.44 for real property located at 105 Hasty Hill Road, Thomasville, North Carolina, in connection with its legal secured claim against the Debtors.

2. Due to an oversight, the Proof of Claim and/or exhibits were filed without the Debtors' account number or personal information being sufficiently redacted as required by FED. R. BANKR. P.9037.

3. The Debtors' case was closed on June 22, 2011. Movant is requesting that it not be required to file a separate Motion to Reopen the case.

**WHEREFORE,** HRC respectfully requests that the Court issue an *ex parte* Order directing the Clerk's office restrict public access to Court Claim No. 5-1 filed by HRC on January 14, 2009.

This the 2nd day of July, 2012.

              HUTCHENS, SENTER, KELLAM & PETTIT, P.A.

      BY:    s:/Joseph J. Vonnegut
              JOSEPH J. VONNEGUT
              Attorney for Movant
              State Bar No. 32974
              4317 Ramsey Street
              Post Office Box 2505
              Fayetteville, NC 28302
              (910) 864-2668

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Debtors:
Jeffrey Michael Stanley
105 Hasty Hill Road
Thomasville, NC  27360

Wendy Michelle Stanley
105 Hasty Hill Road
Thomasville, NC  27360

Attorney for Debtors:
James L. Tennant
P.O. Box 4585
Archdale, NC  27263

Chapter 13 Trustee:
Kathryn L. Bringle
P. O. Box 2115
2000 West First Street, Suite 300
Winston-Salem, NC  27102-2115

This the 2nd day of July, 2012.

HUTCHENS, SENTER, KELLAM & PETTIT, P.A.

BY:   s:/Joseph J. Vonnegut
      JOSEPH J. VONNEGUT
      Attorney for Movant
      State Bar No.  32974
      4317 Ramsey Street
      Post Office Box 2505
      Fayetteville, NC 28302
      (910) 864-2668